

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2018

No. 04-18-00492-CV

Eric **HOYELA**, Jesus Oyuela, Cynthia Arredondo, Emede Barrera,
Jose Leon Garcia Jr., Edelmira Gomez, Jorge Solis, Jorge Alberto Barrera,
Jose Saenz, Alvaro Pena, Erika Madariaga, Gina Madariaga,
Ester Madariaga, Maria Lamar Trevino, and Monica Aguirre,
Appellants

v.

**STARR COUNTY**, Texas,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-16-514
The Honorable Everardo Garcia, Judge Presiding

# O R D E R

Appellants' brief is due October 12, 2018. Appellants' have filed a motion requesting a ninety-day extension of time to file the brief. We grant the motion **in part** and **order appellants' brief due November 12, 2018**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court